UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Metzler Asset Management GmbH et al | * | |
| | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| | * | Civil Action No. 1:16-cv-12101-FDS |
| | * | |
| Kingsley et al | * | |
| | * | |
| Defendant | * | |

ORDER OF DISMISSAL

March , 2018

Saylor, D.J.

Pursuant to the Court's Order [78] filed on 03/27/2018, this case is hereby dismissed and

CLOSED.

IT IS SO ORDERED.

/s/ F. Dennis Saylor, IV

United States District Judge