# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| METZLER ASSET MANAGEMENT GMBH and ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT MBH, on Behalf of Themselves and All Other Similarly Situated Parties,<br><br>        Plaintiffs,<br><br>v.<br><br>STUART "TONY" A. KINGSLEY, GEORGE A. SCANGOS, PAUL C. CLANCY, and BIOGEN, INC.,<br><br>        Defendants. | Civil Action No.<br>16-12101-FDS |

## NOTICE OF APPEAL

Notice is hereby given that Lead Plaintiff Metzler Asset Management GmbH and Lead Plaintiff Erste-Sparinvest Kapitalanlagegesellschaft mbH, individually and on behalf of the proposed class, appeal to the United States Court of Appeals for the First Circuit from (i) the entirety of the Memorandum and Order on Defendants' Motion to Dismiss entered on March 27, 2018 (ECF No. 78), attached hereto as Exhibit A, and (ii) the Order of Dismissal filed March 27, 2018 (ECF No. 79), attached hereto as Exhibit B.

Dated:  April 25, 2018

Respectfully submitted,

*/s/ Gregg S. Levin*
Gregg S. Levin (BBO # 563771)
Christopher F. Moriarty (*pro hac vice*)
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464
Telephone: (843) 216-9000
Facsimile:  (843) 216-9450

  Email: glevin@motleyrice.com
      cmoriarty@motleyrice.com

William H. Narwold (*pro hac vice*)
**MOTLEY RICE LLC**
20 Church St., 17th Floor
Hartford, CT  06103
Telephone: (860) 882-1681
Facsimile:  (860) 882-1682
Email: bnarwold@motleyrice.com

*Counsel for Lead Plaintiffs*

Jonathan Gardner (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY  10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
Email: jgardner@labaton.com

Samuel H. Rudman (*pro hac vice*)
**ROBBINS GELLER RUDMAN
 & DOWD LLP**
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: (631) 367-7100
Facsimile:  (631) 367-1173
Email: srudman@rgrdlaw.com

*Additional Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

  I, Gregg S. Levin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 25, 2018.

Dated:  April 25, 2018                                  */s/  Gregg S. Levin*
                      Gregg S. Levin