UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
METZLER ASSET MANAGEMENT
GMBH and ERSTE-SPARINVEST  :
KAPITALANLAGEGESELLSCHAFT MBH,
on Behalf of Themselves and All Other  :
Similarly Situated Parties,
                                :
                Plaintiffs,       Civil Action
                                :      No. 16-12101-FDS
   v.
                                :
STUART "TONY" A. KINGSLEY, GEORGE
A. SCANGOS, PAUL C. CLANCY, and  :
BIOGEN INC.,
                                :
              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' NOTICE OF CROSS-APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, notice is hereby given that defendants Biogen Inc., George A. Scangos, Paul J. Clancy, and Stuart A. Kingsley ("Defendants") cross-appeal to the United States Court of Appeals for the First Circuit from that part of the Memorandum and Order on Defendants' Motion to Dismiss dated March 27, 2018 (ECF No. 78), and judgment entered thereon on April 24, 2018 (*See* Order of Dismissal, ECF No. 79), denying Defendants' motion to dismiss on claim preclusion grounds.

| | |
|---|---|
| Dated: May 18, 2018<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/ James R. Carroll<br>James R. Carroll (BBO #554426)<br>Michael S. Hines (BBO #653943)<br>Sara J. van Vliet (BBO #688390)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>(617) 573-4800<br>james.carroll@skadden.com<br>michael.hines@skadden.com<br>sara.vanvliet@skadden.com<br><br>Counsel for Defendants<br>Biogen Inc., George A. Scangos,<br>Paul J. Clancy, and Stuart A. Kingsley |

## CERTIFICATE OF SERVICE

I, Michael S. Hines, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants, if any, on May 18, 2018.

| | |
|---|---|
| Dated:  May 18, 2018 | /s/ Michael S. Hines<br>Michael S. Hines |