# United States Court of Appeals
## For the First Circuit
_____

Nos. 18-1369, 18-1472

METZLER ASSET MANAGEMENT GMBH, on behalf of itself and all other similarly situated parties;

ERSTE-SPARINVEST KAPITALANANLAGEGESELLSCHAFT MBH, on behalf of itself and all other similarly situated parties,

Plaintiffs, Appellants/Cross-Appellees,

v.

STUART A. KINGSLEY; GEORGE A. SCANGOS; PAUL J. CLANCY; BIOGEN INC.,

Defendants, Appellees/Cross-Appellants.

_____

**JUDGMENT**

Entered: June 27, 2019

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The District Court's judgment granting the motion to dismiss is affirmed.

By the Court:
Maria R. Hamilton, Clerk

cc:
Samuel Howard Rudman
Garrett James Bradley
William H. Narwold
Mark T. Millkey
Susan Katina Alexander
Gregg S. Levin
Robert Michael Rothman
Christopher F. Moriarty
Jonathan Gardner
Andrew Love
Michael S. Hines

James R. Carroll
Theodore Michael Hess-Mahan
Joshua Louis Solomon
Guillaume Buell