# United States Court of Appeals
## For the First Circuit

Nos. 18-1369
     18-1472

METZLER ASSET MANAGEMENT GMBH, on behalf of itself and all other similarly situated parties; ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT MBH, on behalf of itself and all other similarly situated parties

Plaintiffs - Appellants/Cross - Appellees

v.

STUART A. KINGSLEY; GEORGE A. SCANGOS; PAUL J. CLANCY; BIOGEN, INC.

Defendants - Appellees/Cross - Appellants

**MANDATE**

Entered: July 18, 2019

    In accordance with the judgment of June 27, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Susan Katina Alexander
Garrett James Bradley
Guillaume Buell
James R. Carroll
Jonathan Gardner
Theodore Michael Hess-Mahan
Michael S. Hines
Gregg S. Levin
Andrew Love
Mark T. Millkey
Christopher F. Moriarty
William H. Narwold
Robert Michael Rothman
Samuel Howard Rudman
Joshua Louis Solomon